# United States Court of Appeals
## For the First Circuit

No. 03-1625

UNITED STATES OF AMERICA,
Appellee,

v.

DAVID VEGA MOLINA,
Defendant, Appellant.

**JUDGMENT**

Entered: May 19, 2005

This cause came on to be heard on appeal from the United States District Court for the District of Puerto Rico, and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The convictions of David Vega Molina as to counts 4 and 5 are reversed, and the district court is ordered to hold a new trial.

**By the Court:**
Richard Cushing Donovan, Clerk

MARGARET CARTER

By: Margaret Carter, Chief Deputy, Clerk

[Certified copies to Hon. Daniel R. Dominguez and Ms Frances de Moran, Clerk, United States District Court for Puerto Rico. Copies to Ms. Backiel, Mr. Romo Matienzo, Mr. Klumper, Ms. Mittleman, Ms. Torres-Pabon, Mr. Rieckehoff, Mr. Bazan, Mr. Perez-Sosa, Mr. Berman. ]