# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

<u>MINUTES OF PROCEEDINGS</u>

| | |
|---|---|
| HONORABLE DANIEL R. DOMÍNGUEZ | Date: July 13, 2005 |
| COURTROOM DEPUTY: Omar FLAQUER | **CR NO: 99-295 (DRD)** |

<u>Attorneys:</u>

| | |
|---|---|
| UNITED STATES OF AMERICA | AUSA Antonio BAZAN |
| v. | |
| [3] DAVID VEGA MOLINA | Linda BACKIEL |

STATUS CONFERENCE held. The conviction of this defendant was reversed by the First Circuit Court for new trial. Parties advised the Court as to the status of this case. The government shall provide to counsel for the defendant all discovery letters by **July 28, 2005.** Counsel for the defendant is granted until **September 15, 2005** to review the discovery letters, considering that counsel is going on vacation. The speedy trial is tolled for that period. The Court will issue an order to bring this defendant back to this jurisdiction as a defendant detained pending trial.

Further Status conference is set for **September 19, 2005 at 4:30 p.m.**

S/ *Omar Flaquer Mendoza*
Omar Flaquer Mendoza
Courtroom Deputy Clerk