UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES** | : |
| **V.** | : |
| **DAVID VEGA MOLINA** | :   CR99-295(DRD) |

DEFENDANT'S INFORMATIVE MOTION
REGARDING COUNSEL'S VACATION

**TO THE COURT:**

Defendant, David Vega Molina, by his undersigned counsel, advises that she will be out of the jurisdiction on vacation between August 9 and 23, 2005.

Respectfully submitted:

July 15, 2005

s/ <u>Linda A. Backiel</u>
USDC # 212110
Av. E. Pol 497 PMB 597
La Cumbre, San Juan
Puerto Rico 00926-5639
Tel and Fax: 787-751-4941
ollb@coqui.net

CERTIFICATION
I hereby certify that on this date, the foregoing was electronically filed with the Clerk of the Court via CM/ECF system, which will cause a copy to be electronically served upon all counsel of record.

1