# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA** * | |
| * | |
| vs. * | **CRIM. 99-295-03 (DRD)** |
| * | |
| **DAVID VEGA MOLINA** * | |
| **U.S.M. #14355-069** * | |
| ------------------------------------------------* | |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:  USP COLEMAN
     U.S. PENITENTIARY
     846 NE 54TH TERRACE
     COLEMAN, FL 33521

We command you, the Warden, USP Coleman, U.S. Penitentiary, Coleman, Florida to release **DAVID VEGA MOLINA** to the custody of the U.S. Marshal for the District of Puerto Rico, or to any of his deputies, and we command you, Herman Wirshing, U.S. Marshal for the District of Puerto Rico, to have the body of **DAVID VEGA MOLINA**, and take him under your custody under safe and secure conduct, and remove the said **DAVID VEGA MOLINA** forthwith and bring him before HONORABLE DANIEL R. DOMINGUEZ, U.S. District Court Judge, at the Federal Courthouse Building, Hato Rey, Puerto Rico, on **ALL FUTURES SCHEDULING PROCEEDINGS**. The convictions of this defendant were reversed by the United States Court of Appeals for the First Circuit Court on May 19, 2005, and new trial has been ordered. Jury trial will be set accordingly.

2

WITNESS the Honorable Daniel R. Domínguez
U. S. District Judge, United States
District Court for the District of
Puerto Rico, at Hato Rey, Puerto Rico
and the Seal of said Court,
this 5th day of August 2005


FRANCES RIOS DE MORAN
Clerk, U. S. District Court for
the District of Puerto Rico

S/ *__Omar Flaquer Mendoza__*
Omar Flaquer Mendoza
Case Manager/Courtroom Deputy Clerk