# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

<u>MINUTES OF PROCEEDINGS</u>

| | |
|---|---|
| HONORABLE DANIEL R. DOMÍNGUEZ | Date: October 20, 2005 |
| COURTROOM DEPUTY: Omar FLAQUER | **CR NO: 99-295 (DRD)** |

<u>Attorneys:</u>

| | |
|---|---|
| UNITED STATES OF AMERICA | AUSA Antonio BAZAN |
| v. | |
| [3] DAVID VEGA MOLINA | Linda BACKIEL |

FURTHER STATUS CONFERENCE held. Parties advised the Court as to the status of the case. Pending recordings and discovery will be provided to the defense within thirty (30) days. The government shall file a brief in regards of amending the indictment within fifteen (15). The defense shall reply fifteen (15) days thereafter. The speedy trial is tolled for that period.

Further Status conference is set for **November 28, 2005 at 4:30 p.m.**

S/ ***Omar Flaquer Mendoza***
Omar Flaquer Mendoza
Courtroom Deputy Clerk