**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

<u>MINUTES OF PROCEEDINGS</u>

| | |
|---|---|
| HONORABLE DANIEL R. DOMÍNGUEZ | Date: November 28, 2005 |
| COURTROOM DEPUTY: Omar FLAQUER | **CR NO: 99-295 (DRD)** |

<u>Attorneys:</u>

| | |
|---|---|
| UNITED STATES OF AMERICA | AUSA Antonio BAZAN |
| v. | |
| [3] DAVID VEGA MOLINA | Linda BACKIEL |

FURTHER STATUS CONFERENCE held. Parties advised the Court as to the status of the case. The government provided today to the defense the pending discovery pursuant to the request letter sent to the U.S. Attorney. In addition a pending 302 will be provided this week. Counsel for the defendant is granted until December 8, 2005 to review the evidence, and specify which discovery is missing if any. Any recording where this defendant voices appears in tapes shall be provided to the defense by January 3, 2006.

Further Status Conference is set for **December 12, 2005 at 4:30 p.m.**

S/ *Omar Flaquer Mendoza*
Omar Flaquer Mendoza
Courtroom Deputy Clerk