### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

### MINUTES OF PROCEEDINGS

Scheduled Time: 4:30
Starting Time:     5:25
Adjourned Time: 5:35

HONORABLE DANIEL R. DOMINGUEZ            DATE: December 12, 2005

COURTROOM DEPUTY CLERK: Brenda González     CASE NO.: 99-295 (DRD)

COURT REPORTER: N/A

| UNITED STATES OF AMERICA  Plaintiff(s)  V.  DAVID VEGA-MOLINA  Defendant(s) | Attorneys: AUSA Antonio Bazan   Linda Backiel, Esq. |
|---|---|

Further Status Conference held.  The Government stated having provided with additional discovery to defense.  The Court granted defense motion, (Dkt. #550).  Defense is granted until December 29, 2005, to file a letter.  The Government is granted 20 days thereafter, that is: January 17, 2006, to answer the letter.  If not, defense will file a motion.

s/ *Brenda Gonzalez*
BRENDA GONZALEZ
Courtroom Deputy Clerk