# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS

| | |
|---|---|
| HONORABLE DANIEL R. DOMÍNGUEZ | Date: February 10, 2006 |
| COURTROOM DEPUTY: Omar FLAQUER | **CR NO: 99-295 (DRD)** |

Attorneys:

| | |
|---|---|
| UNITED STATES OF AMERICA | AUSA Antonio BAZAN |
| v. | |
| [3] DAVID VEGA MOLINA | Linda BACKIEL |

    FURTHER STATUS CONFERENCE held.  Present in this conference, Case Agent Edwin Lopez. Parties advised the Court as to the discovery status in this case.  Specifically is discussed a letter sent to AUSA Bazan by counsel for the defendant, Linda Backiel dated January 26, 2006.  The Court determined that will interview  Michelle Rodriguez, Evelyn Rodriguez, and Jessica Rivera away from the government, and case agent, if she is willing to be interviewed by defense counsel. The Court after hearing the parties, grants them additional time to further discuss the discovery letter sent by the defense to the government and other discovery disputes.

    Further Status Conference is set for **March 14, 2006 at 4:30 p.m.**

                                                        S/ *Omar Flaquer Mendoza*
                                                        Omar Flaquer Mendoza
                                                        Courtroom Deputy Clerk