# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

<u>MINUTES OF PROCEEDINGS</u>

HONORABLE DANIEL R. DOMÍNGUEZ                Date: March 14, 2006

COURTROOM DEPUTY: Omar FLAQUER              **CR NO: 99-295 (DRD)**

<u>Attorneys:</u>

UNITED STATES OF AMERICA                    AUSA Antonio BAZAN

v.

[3] DAVID VEGA MOLINA                       Linda BACKIEL

FURTHER STATUS CONFERENCE held. Parties advised the Court as to the status of this case. Motion for discovery pursuant to Rule 16(a), F.R.Cr.P. and Brady v. Maryland, and Giglio v. United States (Docket No. 553), the government is granted thirty (30) days to reply. In regards to the DNA testing request, parties shall meet, and prepare a proposed joint order for the FBI perform the DNA test within twenty (20) days.

In regards to the Roviaro witnesses, the shall be brought to Judge Dominguez chamber, and they will be interviewed away from the government and case agent, if they are willing to be interviewed by the defense counsel.

Further Status Conference is set for **May 9, 2006 at 4:30 p.m.**

S/ *Omar Flaquer Mendoza*
Omar Flaquer Mendoza
Courtroom Deputy Clerk