UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>          Plaintiff<br><br>              v.<br><br>DAVID VEGA MOLINA   and<br>MICHELLE RODRIGUEZ MATOS<br>          Defendants<br>_____ | *<br>*<br>*   Criminal No. 99-295(DRD)<br>*<br>*<br>*<br>*<br>*<br>* |

**UNITED STATES MOTION REQUESTING ADDITIONAL TIME
TO FILE JOINT MOTION REQUESTING ORDER TO OBTAIN
DEFENDANT'S DNA, BLOOD AND HAIR SAMPLES AND TO
REPLY TO DEFENDANT'S MOTION FOR DISCOVERY**

COMES NOW the United States of America by and through the undersigned attorneys and very respectfully states and prays as follows:

1. At the Status Conference of this case held on March 14, 2006, the parties agreed that a joint motion and a draft of an Order would be filed requesting that David Vega Molina be brought to the Federal Bureau of Investigation to obtain, DNA, blood and hair samples.  A draft of the aforesaid motion and Order were submitted to counsel for defendant who expressed her disagreement in regards to obtaining hair samples since she believes that the results of this analysis do not have a definite probative value.  The United States insists on following the protocol on cases where a person submits to the gathering of DNA, that is,  that all three tests be conducted in this case.

2. Counsel for defendant has suggested that this motion be filed and

**Criminal No. 99-295(DR)**                                                                                                      <u>Page No. 2</u>

to have this Honorable Court decide the matter on whether the three tests should be performed, as requested by the United States or simply those chosen by the defendant.

     3.  That the aforesaid draft of the joint motion and order as to the DNA analysis are part of the discovery motion filed by defense counsel and the United States respectfully submits that it is necessary to solve the above referred discrepancy before said motion is replied to.   The United States was given until April 11, 2006, to file a reply to this motion.

     Wherefore, the United States respectfully requests the following:

     1.  That defendant be ordered to provide DNA (bucal swab), blood and hair to the FBI.

     2.  That this Honorable Court grant the United States an additional term of ten (10) days to reply to defendant's discovery motion or until after this Honorable Court has decided the matter contained herein.

     San Juan, Puerto Rico, this 7th. day of April, 2006.
     Respectfully submitted.

                                                      H. S. GARCIA
                                                    UNITED STATES ATTORNEY

                                                    S/Antonio R. Bazán, 117007
                                                    Assistant U.S. Attorney
                                                    Criminal Division
                                                    Torre Chardón, 16th. Floor
                                                    #350 Chardón Avenue
                                                    Hato Rey, Puerto Rico, 00918
                                                    Tel. (787) 766-5650

**Criminal No. 99-295(DR)**                                                                 <u>**Page No. 3**</u>

## CERTIFICATE OF SERVICE

 I hereby certify that on July 27, 2005, I electronically filed the foregoing document with the Clerk of the Court Cm/ECF system which will send notification of such filling to the following attorneys:
 1.  Linda Backiel, Esq.

S/Antonio R. Bazán, 117007<br>
Assistant U.S. Attorney