RECEIVED & FILED

'6 MAY 11 AM 8: 28

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

| UNITED STATES OF AMERICA | : |
|---|---|
| I. | : |
| DAVID VEGA MOLINA | : Cr. No. 99-295(DRD) |

## ORDER FOR DNA TESTING

In light of the joint motion filed by the United States and counsel for defendant David Vega Molina, for the reasons and on the grounds stated therein, this Court grants the same and hereby ORDERS:

1. **The United States Marshal's Service** to bring David Vega Molina from MDC Guaynabo, where he is in custody, to the U.S. Courthouse and Office Building on May 19, 2006 at 9:00 A.M., so that the FBI Evidence Response Team; and

2. **The Federal Bureau of Investigation** to co-ordinate with the Marshals Service to ensure the presence of such a team, including an authorized medical technician, to obtain DNA samples from Defendant under the conditions and for the purposes expressed as follows:

A. To obtain nuclear and mitochondrial samples of Defendant's DNA, consisting of: bucal swabs, plucked and fallen hair, and blood. The samples obtained shall be sufficient for testing by the FBI. A total of nine samples of each kind of hair shall be taken from each location.

B. The samples shall be taken for the above purpose only.

C. Counsel for the defense shall be permitted to observe the procedure.

Upon completion of the above-described process, the US Marshal's Service is ORDERED to return defendant to MDC-Guaynabo.

Upon completion of the DNA analysis, the Federal Bureau of Investigation is ORDERED to send all the DNA evidence forthwith and under appropriate conditions for the preservation of each type of evidence, including liquid blood, to the FBI Laboratory in Washington, D.C. for expeditious testing.

Immediately upon the conclusion of the testing at the FBI Laboratory, the results of the testing shall be made available to the Court, the prosecution and the defense.

All chain of custody documents, logs, and other laboratory documentation of this sample and laboratory controls shall be preserved for review by the parties and the Court, should the need arise.

SAN JUAN, PUERTO RICO THIS __9__ DAY OF __May__, 2006.

> DANIEL R. DOMINGUEZ
> United States District Judge
> District of Puerto Rico