# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS

HONORABLE DANIEL R. DOMÍNGUEZ                Date: May 9, 2006

COURTROOM DEPUTY: Omar FLAQUER              **CR NO: 99-295 (DRD)**

Attorneys:

| | |
|---|---|
| UNITED STATES OF AMERICA | AUSA Antonio BAZAN |
| v. | |
| [3] DAVID VEGA MOLINA | Linda BACKIEL |

   FURTHER STATUS CONFERENCE held.  Parties advised the Court as to the status of this case.  Joint motion requesting order for DNA testing with proposed order (Docket No. 560), has been granted by the Court, only pending matter is when the testing shall be conducted.  Parties agreed May 19, 2006 at 9:00 a.m.  Order shall be issued accordingly.  Parties inquired the Court in regards to a potential Type C plea agreement as to count four (4) which the Court will accepted if parties reach an agreement.  Parties once again discussed with the Court the discovery disputes.  The government is making efforts to locate evidence that have been requested by the defense.  The government will provide if available the 302's of co-defendant Michelle Rodriguez, the log book of the company in 1995, list of licence plates of the vehicle that have access to Fernandez Editores prior to the facts in this case, telephone records presented to the Grand Jury of co-defendant Michelle Rodriguez, and the records of the kidnaping case in New York if possible.

   Further Status Conference is set for **June 26, 2006 at 4:30 p.m.**   The speedy trial continues tolled for further discovery requested by the defense.

                              S/ ***Omar Flaquer Mendoza***
                              Omar Flaquer Mendoza
                              Courtroom Deputy Clerk