# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

## MINUTES OF PROCEEDINGS

Scheduled Time: 4:00
Starting Time:     4:17
Adjourned Time: 4:30

HONORABLE DANIEL R. DOMINGUEZ

COURTROOM DEPUTY CLERK: Brenda González

COURT REPORTER: N/A

DATE: June 28, 2006

CASE NO.: 99-295 (DRD)

| **UNITED STATES OF AMERICA**<br><br>Plaintiff(s)<br><br>V.<br><br>3.  **DAVID VEGA-MOLINA**<br><br>Defendant(s) | <u>Attorneys</u>: AUSA Antonio Bazan<br><br><br><br>Linda Backiel, Esq. |
|---|---|

Further Status Conference held. The Government stated that DNA samples of blood and hair from the defendant were taken but results are not available yet. More evidence have been provided to counsel and recordings from David Vega-Molina. The 302 reports of defendant Zuñiga-Bruno was provided in regular discovery. There may be a possibility of a plea.

Counsel Backiel informed of a realistic possibility of a 15 year offer. Counsel requested 45 days for still outstanding discovery and plea negotiations.

**Further Status Conference is set for August 22, 2006, at 4:30 p.m.** Speedy trial remains tolled.

s/ *Brenda Gonzalez*
BRENDA GONZALEZ
Courtroom Deputy Clerk