UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**
Plaintiff,

v.                                              CRIMINAL NO. 99-295

**DAVID VEGA MOLINA,**
Defendants.

| **INFORMATIVE ORDER** |
|---|
| The undersigned has received, from the Federal Bureau of Prisons, a letter signed by Jose A. Rivera, indicating that the Bureau has sent defendant David Vega Molina his personal belongings housed while at MDC Guaynabo. The letter further details that defendant Vega Molina reviewed the property delivered to him and signed the proper inventory form. Copy of the letter from the Bureau is enclosed herein.<br><br>**IT IS SO ORDERED.** |

Date:  July 25th, 2006

S/ Daniel R. Dominguez
**DANIEL R. DOMINGUEZ**
**U.S. DISTRICT JUDGE**