U.S. Department of Justice

Federal Bureau of Prisons

*Metropolitan Detention Center*

*Guaynabo*

P.O. Box 2146
San Juan, PR 00922-2146

July 24, 2006

Honorable Daniel R. Domínguez
United States District Court Judge
United States District Court
District of Puerto Rico
150 Chardón Avenue
San Juan, P.R. 00918-1758

Re: <u>United States of America v. David Vega Molina</u>, 99 Cr. 295 (DRD).
Motion Requesting Legal Materials and Personal Belongings.

Dear Judge Domínguez:

On July 20, 2006, I mailed Your Honor a letter addressing the defendant's motion requesting legal materials and personal belongings. On his motion, the defendant requested the Court to order the Warden at the Federal Correctional Complex-United States Penitentiary (USP I) in Coleman, Florida, (the institution where the Defendant was previously housed) to mail the defendant's personal and legal property to MDC Guaynabo where the defendant is currently housed. Specifically, I informed Your Honor that despite all our efforts, at the time, we had not found the defendant's property.

On this occasion, I am informing Your Honor that on July 21, 2006, the mail room staff found the defendant's property and immediately delivered it to him. The defendant reviewed his property and signed an inventory form in agreement that the property contained in the package was correctly accounted for. I hope that this resolves all issues related to the defendant's property and once again we apologize for any inconvenience created.

If Your Honor has any questions with regard to this matter, please contact the undersigned or Carlos J. Martínez, Supervisory Attorney Advisor at 787-775-7952 or 787-775-7807 respectively.

Very truly yours,

José A. Rivera
Attorney Advisor