# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

<u>MINUTES OF PROCEEDINGS</u>

| | |
|---|---|
| HONORABLE DANIEL R. DOMÍNGUEZ | Date: August 22, 2006 |
| COURTROOM DEPUTY: Omar FLAQUER | **CR NO: 99-295 (DRD)** |

Attorneys:

| | |
|---|---|
| UNITED STATES OF AMERICA | AUSA Warran VAZQUEZ |
| v. | |
| [3] DAVID VEGA MOLINA | Linda BACKIEL |

      FURTHER STATUS CONFERENCE held. Parties advised the Court as to the status of this case. AUSA Warren Vazquez is appearing on behalf AUSA Antonio Bazan. Parties requested fifteen (15) days for further plea negotiations. The request is granted. In regards to the pending results of the DNA testing made to the defendant, the government informed that the results are not ready yet. Therefore, since parties are in good faith attempting to dispose this case, and considering that the DNA testing results are not ready yet, parties reiterated their continuing efforts to reach a plea agreement, that is under consideration by First Assistant U.S. Attorney Maria Dominguez, the Court grants the government until September 5, 2006 to provide a proposed plea agreement to the defendant. Then, counsel is granted until September 22, 2006 to review, and discuss the same with her client.

      Further Status Conference is set for **September 22, 2006 at 9:00 a.m.** The speedy trial continues tolled until next status conference.

S/ ***Omar Flaquer Mendoza***
Omar Flaquer Mendoza
Case Manager/Courtroom Deputy Clerk
