# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS

| | |
|---|---|
| HONORABLE DANIEL R. DOMÍNGUEZ | Date: September 25, 2006 |
| COURTROOM DEPUTY: Omar FLAQUER | **CR NO: 99-295 (DRD)** |

Attorneys:

| | |
|---|---|
| UNITED STATES OF AMERICA | AUSA Antonio BAZAN |
| v. | |
| [3] DAVID VEGA MOLINA | Linda BACKIEL |

FURTHER STATUS CONFERENCE held. Parties advised the Court as to the status of this case. The United States and the defense are under plea negotiations as to an information. Proposed plea agreement needs to be amended and discussed by the parties. Counsel for the defendant will discuss the proposed plea with her client. Therefore, the defense is granted ten (10) days to accept or reject the plea offer.

Further Status Conference is set for **October 10, 2006 at 4:30 p.m.** Parties shall promptly notify the Court if a plea agreement is reached before this date.

S/ *Omar Flaquer Mendoza*
Omar Flaquer Mendoza
Courtroom Deputy Clerk