### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO


UNITED STATES OF AMERICA          :


                I.                :


DAVID VEGA MOLINA                 :                99-295(DRD)


MOTION INFORMING DEFENDANT'S INTENTION
TO WAIVE INDICTMENT AND ENTER A PLEA TO INFORMATION
AND REQUESTING DATE FOR SAME


TO THE COURT:

DAVID VEGA MOLINA, by his undersigned counsel, hereby advises the Court that as a result of negotiations between the parties, he has decided to WAIVE INDICTMENT, and ENTER A PLEA OF GUILTY TO AN INFORMATION, known to the parties but not yet filed. This decision is part of an agreement between the parties which will result in the dismissal of this indictment upon sentencing on the Information.

WHEREFORE, it is respectfully requested that the Court take notice of the foregoing and set a date for waiver of indictment and entry of a plea.

CERTIFICATION

I hereby certify that on this date, the foregoing was electronically filed with the Clerk of the Court via CM/eCF system, which will cause a copy to be electronically served upon AUSA Antonio Bazán, for the United States.

RESPECTFULLY SUBMITTED:

s/ <u>Linda A. Backiel</u>
 USDC #212110
 Av. E. Pol 497 PMB 597
 San Juan, Puerto Rico
 00926-5639
 Tel y Fax 787-751-4941