**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *  **99-CR-295 (DRD)** |
| | * |
| [3] DAVID VEGA-MOLINA | * |
| | * |
| Defendant. | * |
| ------------------------------------------------------------- | * |

## JUDGMENT OF DISCHARGE

It appearing that DAVID VEGA-MOLINA has been charged of the offenses of:

Count Four (4): Conspiracy to commit hostage taking resulting in death, in violation of Title 18, U.S.C. § 1203(a)(b)(2).

Count Five (5): Aiding and abetting in the retaliations against a witness, victim, or informant resulting in death, in violation of Title 18, U.S.C. § 1513(a)(1)(B), and § 2.

It further appearing that defendant is now entitled to be discharged for the reason that:

[ ]    The Court has granted the motion of the defendant for judgment of acquittal, pursuant to Rule 29(a) of the Federal Rules of Criminal Procedure; or

**[ X ]**    The Court has granted the oral motion of the government for dismissal with prejudice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure;

[ ]    The Court has dismissed the charges without prejudice as defendant remains fugitive.

It is therefore ORDERED and ADJUDGED that the defendant be, and is hereby DISCHARGED with prejudice.

In San Juan, Puerto Rico, this 25th day of October 2006.

S/ ***DANIEL R. DOMÍNGUEZ***
DANIEL R. DOMÍNGUEZ
U. S. DISTRICT JUDGE

A/cs: 2USM, 1 MDC
S/cs: USM, PTSO, PO & FC